JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 13 2010

FILED
CLERK'S OFFICE

MDL 2140

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: INTELIUS INC., POST-<br>TRANSACTION SALES AND<br>MARKETING LITIGATION | ) ) ) ) ) MDL DOCKET NO. 2140 |

PLAINTIFFS BRUCE KEITHLY, DONOVAN LEE AND EDITH ANNA
CRAMER'S RESPONSE TO MOTION OF INTELIUS INC
FOR TRANSFER OF ACTION TO THE WESTERN DISTRICT
OF WASHINGTON PURSUANT TO 28 U.S.C. § 1407 FOR
COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to Panel Rule 7.2(c), Bruce Keithly, Donovan Lee and Edith Anna Cramer, (collectively, "Plaintiffs" in one of the class actions at issues in this putative multidistrict litigation),[1] hereby respond to the Motion of defendants Intelius Inc. and Intelius Sales Company, LLC (collectively, "Intelius" or "Defendant") for Transfer of Actions to the Western District of Washington Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (filed December 16, 2009) ("Transfer Motion").

---

[1] *Bruce Keithly, Donovan Lee and Edith Anna Cramer v. Intelius Inc., Intelius Sales LLC*, 2:09-cv-01485-RSM (W.D. Wa.) (the "*Keithly* Action"); *Denise Baxter v. Intelius Inc., Intelius Sales Co. LLC a/k/a Intelius Sales LLC, Adaptive Marketing LLC*, 8:09-cv-01031-AG-RSM (C.D. Cal.) (the "*Baxter* Action"). Herein, these cases will be referred to as the "Actions."

PLEADING NO. 9

OFFICIAL FILE COPY

IMAGED JAN 13 2010

Plaintiffs do not agree that the consolidation of the two cases presented is necessary to further the convenience of the parties and to "promote the just and efficient conduct" of coordinated proceedings. Intelius cites only one example of an MDL proceeding with just two coordinated cases, and that case involved unique facts not presented here.[2] Generally, multidistrict litigation is reserved for coordinating multiple cases involving common parties before a number of courts where consolidation will conserve resources and minimize the likelihood of disparate rulings and results.

While Intelius correctly points out that both of the underlying Actions involve many of the same unfair and/or deceptive practices on the part of Intelius, this alone should not warrant coordination of these two cases. The *Baxter* Action is a California state class action brought under California's Unfair Competition Law against Intelius and Adaptive Marketing LLC. The *Keithly* Action is a proposed nationwide class action against Intelius under the Washington Consumer Protection Act in the Western District of Washington; the *Keithly* Plaintiffs do not bring suit against Adaptive Marketing LLC. The only common party is Intelius. Here, where only two courts are involved, coordinating discovery related to Intelius can be managed easily without consolidation.

In the event that the Panel determines that transfer is appropriate in this case, however, Plaintiffs agree that transfer to the Western District of Washington before Judge Ricardo S. Martinez is preferable for many of the reasons stated in the Transfer Motion.

---

[2] *See* Transfer Mot. at 10 n. 4. In *In re First Bank, Heavener, Okla. (First Mortg. Rev. Bonds) Sec. Litig.*, 451 F. Supp. 995 (J.P.M.L. 1978), the Panel consolidated two cases, which originated in the Eastern and Western Districts of Oklahoma. The plaintiff in both cases was the same and had named all of the MDL defendants when filing its first complaint in the Western District. One defendant successfully sought dismissal on the ground of venue and was subsequently sued in the Eastern District. The consolidation simply re-united the parties presented in the first-filed action.

Intelius is headquartered in Bellevue, Washington. Judge Martinez does not have any other MDL actions at this time. In addition, the Western District of Washington has fewer MDL cases than the Central District of California. Finally, the case before Judge Martinez is progressing. There is a briefing schedule in place for the motion to dismiss that Intelius filed on January 11, 2010.

Dated: January 12, 2010

Karin Swope w/p wre
Karin Swope
Mark Griffin
KELLER ROHRBACK
1201 3rd Avenue
Suite 3200
Seattle, WA 98101-3052
206-623-1900
Fax: 206-623-3384
Email: kswope@kellerrohrback.com
mgriffin@kellerrohrback.com

Andrew N. Friedman
Victoria S. Nugent
Whitney R. Case
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: afriedman@cohenmilstein.com
vnugent@cohenmilstein.com
wcase@cohenmilstein.com

*Representing Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer.*

752157.2

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: INTELIUS INC., POST-TRANSACTION SALES AND MARKETING LITIGATION | MDL DOCKET NO. 2140 |

## PROOF OF SERVICE

I hereby certify that on January 12, 2010, I served the original plus four copies and a disk with copies in Adobe Acrobat format of Plaintiffs Bruce Keithly, Donovan Lee and Edith Anna Cramer's Response to Motion of Intelius Inc. for Transfer of Actions to the Western District of Washington Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings via hand delivery on the following:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

I further certify that on January 12, 2010, I served copies of the aforementioned documents via United States Mail on the counsel listed in the attached Panel Service List.

Whitney R. Case

754740.1 1

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2140 - IN RE: Intelius, Inc., Post-Transaction Marketing and Sales Practices

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   \* Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 2140 - Intelius, Inc., Post-Transaction Marketing and SP
   For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Service List**  Page 1

Docket: 2140 - IN RE: Intelius, Inc., Post-Transaction Marketing and Sales Practices Litigation
Status:   Pending on  / /
Transferee District:           Judge:                                                                Printed on 01/06/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Harrigan, Arthur W.<br>DANIELSON HARRIGAN & TOLLEFSON LLP<br>999 Third Avenue<br>Suite 4400<br>Seattle, WA 98104 | =>Phone: (206) 623-1700  Fax: (206) 623-8717  Email: arthurh@dhlt.com<br>Intelius Sales Co., LLC aka Intelius Sales, LLC*; Intelius, Inc.* |
| Herrington, Robert J.<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071-3144 | =>Phone: (213) 687-5000  Fax: (213) 687-5600  Email: Robert.Herrington@skadden.com<br>Adaptive Marketing LLC* |
| Restis, William R.<br>FINKELSTEIN & KRINSK<br>501 West Broadway<br>Suite 1250<br>San Diego, CA 92101-3579 | =>Phone: (619) 238-1333  Fax: (619) 238-5425  Email: wrr@classactionlaw.com<br>Baxter, Denise* |
| Swope, Karin B.<br>KELLER ROHRBACK LLP<br>1201 Third Avenue<br>Suite 3200<br>Seattle, WA 98101 | =>Phone: (206) 623-1900  Fax: (206) 623-3384  Email: kswope@kellerrohrback.com<br>Cramer, Edith Anna*; Keithly, Bruce*; Lee, Donovan* |